UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

RICKY BRIAN VOLLMER,

          Plaintiff,      CASE NO.: 2:19-cv-09466-PVC

   -v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

**ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE   EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is the Stipulation of Plaintiff, Ricky Brian Vollmer, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant Commissioner, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

1

IT IS HEREBY ORDERED that attorney fees and expenses in the amount of Eight Thousand Seven Hundred Sixty Dollars and Eighty-Two Cents ($8,760.82) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney's Law Firm Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the following address:

**Olinsky Law Group**
**250 S. Clinton St. Ste 210**
**Syracuse, NY 13202**

IT IS SO ORDERED.

Date: December 9, 2020

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge

2